ACCEPTED
01-14-00860-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:39:28 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00860-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 2:39:28 PM
CHRISTOPHER A. PRINE
Clerk

JOSEPH W. PEINE,

*Appellant,*

v.

ELITE AIRFREIGHT, INC. and
ADVANCED LOGISTICS SERVICES, INC.,

*Appellees.*

## AGREED MOTION TO SEAL BRIEF OF APPELLANT

Yvonne Y. Ho
State Bar No. 24055673
yvonne.ho@bgllp.com
Sean Gorman
State Bar No. 08218100
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone:     (713) 223-2300
Facsimile:     (800) 404-3970

ATTORNEYS FOR ELITE
AIRFREIGHT, INC. AND
ADVANCED LOGISTICS
SERVICES, INC.

Pursuant to Texas Rule of Appellate Procedure 10, Appellee Elite Airfreight, Inc. files this Agreed Motion to Seal the Brief of Appellant.

Appellee Elite Airfreight requests this Court seal the Brief of Appellant, filed on April 22, 2015. The Brief of Appellant contains extensive references to portions of the reporter's record that the trial court ordered to be sealed pursuant to Texas Rule of Civil Procedure 76a(1)(a). As a result, the Brief of Appellant should be sealed.

On October 17, 2014, the trial court in this case signed an Order, attached as Appendix A, granting Defendants Elite Airfreight, Inc.'s and Advanced Logistics Services, Inc.'s ("Defendants") motion to seal certain testimony and exhibits, on the basis that they contained privileged communications between Defendants and Edward Peine, an attorney who had represented Defendants during the relevant time period. (CR.232-37; Supp.CR.3-4). By its terms, the Order directs that the following be sealed:

> the transcript of the bill of exceptions made by Plaintiff of the testimony that would have been offered by Edward Peine; the exhibits to that bill of exception, including the deposition transcript of Edward Peine, whether attached to the transcript as an exhibit or contained in the court's files in any manner; the exhibits to Plaintiff's Responses to Defendants' No-Evidence Motion for Summary Judgment filed on November 6, 2009; and the exhibits to the Plaintiff's Responses to Defendants' Traditional Motion for Summary Judgment filed on November 13, 2009.

(Supp.CR.3-4, attached as Appendix A). These items, which are contained in Volume 3 of the reporter's record, remain sealed pursuant to the trial court's order. Because the Brief of Appellant contains references to Edward Peine's sealed testimony, the Brief also should be sealed.

This Court has the authority to order that a brief previously filed in public form be sealed when, as here, the brief contains references to portions of the record that were sealed by the trial court. *See, e.g.*, *R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614 (Tex. App.—San Antonio 2003, no pet.) (en banc) (ordering the appellate clerk to retroactively seal the parties' briefs and motions containing references to sealed portions of the record); *Tindall v. Nationsbank of Tex., N.A.*, 1998 WL 324731, at *1 (Tex. App.—Dallas June 22, 1998, no pet.) (per curiam) ("Our records reflect that on May 21, 1998, pursuant to appellee's May 7, 1998 agreed motion to seal all documents contained in the appellate record, supplemented by a copy of the trial court's order sealing court records, we ordered the appellate record and all pleadings and papers on file herein . . . be placed under seal."). The parties agree that sealing the Brief of Appellant is appropriate.

## PRAYER

For these reasons, Appellee Elite Airfreight, Inc. requests that this Court grant the agreed motion and seal the Brief of Appellant filed on April 22, 2015.

Respectfully submitted,

    */s/ Yvonne Y. Ho*

Yvonne Y. Ho
State Bar No. 24055673
yvonne.ho@bgllp.com
Sean Gorman
State Bar No. 08218100
sean.gorman@bgllp.com
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
Telephone:  (713) 223-2300
Facsimile:    (800) 404-3970

ATTORNEYS FOR APPELLEES,
ELITE AIRFREIGHT, INC.
AND ADVANCED LOGISTICS
SERVICES, INC.

## CERTIFICATE OF CONFERENCE

Pursuant to TEX. R. APP. P. 10.1(a)(5), counsel for Appellee Elite Airfreight, Inc. conferred with counsel for Appellant Joseph W. Peine, and the parties agreed to the relief sought in this motion to seal the Brief of Appellant.

/s/ Yvonne Y. Ho
Yvonne Y. Ho

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on the following via the manner indicated on the 15th day of May, 2015:

Mr. Thomas W. McQuage                    *Via eFile.txcourts.gov*
mcquage@swbell.net
P.O. Box 16894
Galveston, Texas 77552-6894
Telephone:  (409)762-1104
Facsimile:   (409)762-4005

ATTORNEY FOR APPELLANT,
JOSEPH W. PEINE

/s/ Yvonne Y. Ho
Yvonne Y. Ho

# **<u>APPENDIX</u>**

Order Granting Motion to Seal Court Records............................................................A

#4893861.4

# Tab A

NO. 2008-61097

| | | |
|---|---|---|
| JOSEPH W. PEINE,<br>　　　　　Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT OF |
| VS. | §<br>§ | HARRIS COUNTY, TEXAS |
| ELITE AIRFREIGHT, INC.,<br>AND ADVANCED LOGISTICS<br>SERVICES, INC.,<br>　　　　　Defendants. | §<br>§<br>§<br>§ | 189TH JUDICIAL DISTRICT |

## ORDER GRANTING MOTION TO SEAL COURT RECORDS

On this day the Court considered the Motion to Seal Court Records filed by Elite Airfreight, Inc. and Advanced Logistics Services, Inc. ("ALSI") (collectively, "Defendants") (the "Motion").

After careful consideration, the Court is of the opinion that the Motion should be **GRANTED**. The Court finds that the documents sought to be sealed contain communications that are protected by the attorney-client privilege and that there is therefore a specific, serious and substantial interest which clearly outweighs the presumption of openness or any probable adverse effect that sealing will have upon the general public health or safety. Moreover this court finds that no less restrictive means than sealing records will adequately and effectively protect the specific interest asserted.

It is therefore **ORDERED** that Defendants' Motion is **GRANTED**, and pursuant to Texas Rule of Civil Procedure 76a(1)(a), the following items are ~~permanently~~ sealed: the transcript of the bill of exception made by Plaintiff of the testimony that would have been offered by Edward Peine; the exhibits to that bill of exception, including the deposition transcript of Edward Peine, whether attached to the transcript as an exhibit or contained in the court's files in any manner; the exhibits to Plaintiff's Responses to Defendants' No-Evidence Motion for

*unless a court of competent jurisdiction orders otherwise*

**FILED**
Chris Daniel
District Clerk

OCT 17 2014

7

Time: _____
Harris County, Texas

3

Summary Judgment filed on November 6, 2009; and the exhibits to the Plaintiff's Responses to Defendants' Traditional Motion for Summary Judgment filed on November 13, 2009.

The District Clerk is ordered to seal the records.

SIGNED this the ___17___ day of ___Oct.___, 2014.

HON. WILLIAM R. BURKE, JR.,
JUDGE PRESIDING

4